# United States District Court
# Northern District of Illinois

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 16 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON**

## EXEMPLIFICATION CERTIFICATE

    I, Michael W. Dobbins, Clerk of the United States District Court, keeper of the records and seal, certify that the attached documents:

Order entered on September 12, 2005 in the matter of Ball Horticultural Company v Colby's Greenhouse, Inc. 05 C 4256,

## MC-05-0047-CI

    are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this ~~District~~ at Chicago, IL on 9/12/2005

| Michael W. Dobbins | *[signature]* |
|---|---|
| *Clerk* | *Signature* |

    I, Judge David H. Coar, a Judicial Officer of this Court, certify that Michael W. Dobbins, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

    On 9/12/2005

*[signature]*
*Signature of Judicial Officer*

    I, Michael W. Dobbins, Clerk of the United States District Court, keeper of the records and seal, certify that the Honorable David H. Coar named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer. In testimony whereof I sign my name, and affix the seal of this Court at Chicago in this State on 9/12/2005.

| Michael W. Dobbins | *[signature]* |
|---|---|
| *Clerk* | *Signature* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
SEP 0 7 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BALL HORTICULTURAL COMPANY
d/b/a BALL SEED COMPANY

Plaintiff(s),

vs.

COLBY'S GREENHOUSE, INC.,

Defendant(s).

No. 05C 4256

Judge Gettleman

Magistrate Geraldine Soat Brown

MC-05-0047-CI

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 16 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### ORDER

This cause coming on to be heard on the motion of the the Plaintiff, BALL HORTICULTURAL COMPANY d/b/a BALL SEED COMPANY for the entry of an order of default and judgment, against the Defendant, COLBY'S GREENHOUSE, INC.; the Court being advised in the premises and having jurisdiction hereof;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Defendant, COLBY'S GREENHOUSE, INC., is defaulted.

2. Judgment is entered in favor of the Plaintiff, BALL HORTICULTURAL COMPANY d/b/a BALL SEED COMPANY and against the Defendant, COLBY'S GREENHOUSE, INC. in the sum of $325,115.58 plus costs.

ENTER:

DATED: September 7, 2005

_____
Judge of the District Court

Alan H. Zenoff
Attorney I.D. No. 310779
Zenoff & Zenoff, Chartered
53 W. Jackson Blvd., Suite 1605
Chicago, IL 60604
312-922-5685